1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **CENTRAL DISTRICT OF CALIFORNIA**
10
11   RAYMOND MARTINEZ,                ) Case No. CV 10-1374 JST (JCG)
                                       )
12              Petitioner,            )
                                       ) **ORDER ADOPTING REPORT AND**
13        v.                           ) **RECOMMENDATION OF UNITED**
                                       ) **STATES MAGISTRATE JUDGE AND**
14   GREG LEWIS, Warden,              ) **DENYING CERTIFICATE OF**
                                       ) **APPEALABILITY**
15              Respondent.            )
                                       )
16   ─────────────────────────────    )
17        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the

18   Magistrate Judge's Report and Recommendation, Petitioner's Objections to the

19   Report and Recommendation, and the remaining record, and has made a *de novo*

20   determination.

21        Petitioner's Objections generally restate the arguments made in the Petition

22   and Reply, and lack merit for the reasons set forth in the Report and

23   Recommendation.

24        Accordingly, IT IS ORDERED THAT:  (1) the Report and Recommendation

25   is approved and adopted; (2) Judgment be entered denying the Petition and

26   dismissing this action with prejudice; and (3) the Clerk serve copies of this Order

27   and the Judgment on the parties.

28

                                       1

Additionally, for the reasons stated in the Report and Recommendation, the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253; Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003). Thus, the Court declines to issue a certificate of appealability.


DATED: June 14, 2011

**JOSEPHINE STATON TUCKER**
HON. JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE