# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND MARTINEZ,<br><br>        Petitioner,<br><br>     v.<br><br>GREG LEWIS, Warden,<br><br>        Respondent. | Case No. CV 10-1374 JST (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: June 14, 2011

                                                **JOSEPHINE STATON TUCKER**
                                              HON. JOSEPHINE STATON TUCKER
                                              UNITED STATES DISTRICT JUDGE